AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. _25 CV 1419_

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Todd Pyc, Depew Police Officer_
was received by me on *(date)* _12/20/2025_

☒ I personally served the summons on the individual at *(place)* _Todd Pyc at Depew Police Station 85 Manitou St. Depew, NY 14043_ on *(date)* _12/20/2025 at 1833pm_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _100.00_ for services, for a total of $ _100.00_.

I declare under penalty of perjury that this information is true.

Date: _12/20/2025_

_/s/ A. Braun_
Server's signature

_AARON BRAUN_
Printed name and title

_495 South Park Ave Blasdell NY. 14219_
Server's address

Additional information regarding attempted service, etc:



*FILED DEC 22 2025 — MARY C. LOEWENGUTH, CLERK — UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NY*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25 CV 1419

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kimberly Karp, Depew Police Officer
was received by me on *(date)* 12/20/2025                 LT. Todd Ayc

☑ I personally served the summons on the individual at *(place)* Depew Police Station
85 Manitou St. Depew NY 14043 on *(date)* 12/20/2025 ; or 1:33 pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
85 Manitou St. Depew, a person of suitable age and discretion who resides there,
NY 14043
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 100.00 for services, for a total of $ 100.00.

I declare under penalty of perjury that this information is true.

Date: 12/20/2025

*Server's signature*

Aaron Braun
*Printed name and title*

415 South Park Ave Blasdell NY 14219
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. _25 CV 1419_

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Village of Depew Police Department,_
was received by me on *(date)* _12/20/2025_ ~~Todd Pyo~~ _Lt. Todd Pyo_

☑ I personally served the summons on the individual at *(place)* _at Depew Police Station 85 Manitou St. Depew, NY 14043_ on *(date)* _12/20/2025_; or _1:33 pm_

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _100.00_ for services, for a total of $ _10_ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _12/20/2025_

_____
Server's signature

_AARON BRAUN_
Printed name and title

_4195 South Park Ave Blasdell NY 14219_
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 25 CV 1419

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alex Zakowski P.S.D., Village of Depew Municipal Corporation

was received by me on *(date)* 12/20/2025

☒ I personally served the summons on the individual at *(place)* Alex Zakowski PSD public Safety dispatcher at Depew Police Station 85 Manitou St. Depew, NY 14043 on *(date)* 12/20/2025; 3:01 pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 100.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/20/2025

*Server's signature*

Aaron Braun
*Printed name and title*

418 South Park Ave Blasdell NY 14219
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25 cv 1419

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Corey Auto Sales and Service Inc.
was received by me on *(date)* 12/22/2025 .

☒ I personally served the summons on the individual at *(place)* Corey Corigliano Corey Auto Sales and Service Inc 5230 Transit Rd Depew NY 14043 on *(date)* 12/22/2025 ~~; or~~ 12:44 pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ 100.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 12/22/2025

_____
Server's signature

Aaron Braun
Printed name and title

4185 South Park Ave Blasdell 14219
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. _25 CV 1419_

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Frank Corigliano_
was received by me on *(date)* _12/22/2025_.

☑ I personally served the summons on the individual at *(place)* _Corey Corigliano, Corey Auto Sales and Service Inc. 5230 Transit Rd Depew, NY 14043_ on *(date)* _12/22/2025_ ; or _12:44 pm_

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _100.00_ for services, for a total of $ _100.00_ .

I declare under penalty of perjury that this information is true.

Date: _12/22/2025_

_[signature]_
Server's signature

_Aaron Brown_
Printed name and title

_4955 South Park Ave Blasdell NY 14219_
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25 CV 1419

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Corey Corrigleano

was received by me on *(date)* 12/22/2025.

☒ I personally served the summons on the individual at *(place)* Corey Corigliano, Corey Auto Sales and Service Inc. 5230 Transit Rd Depew, NY 14043 on *(date)* 12/22/2025 ;-or- 12:44pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ 100.00 for services, for a total of $ 100.00.

I declare under penalty of perjury that this information is true.

Date: 12/22/2025

_____
Server's signature

Aaron Braun
Printed name and title

4495 South Park Ave Blasdell NY 14219
Server's address

Additional information regarding attempted service, etc: