

January 14, 2026

<u>Via PACER only</u>

The Honorable Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

      Re:    Cipolla v. Corey's Auto Sales and Service, Inc. et al.
             Docket No.:  1:25-cv-01419-LJV
             Our File No.  EIC 48931

Dear Judge Vilardo:

BUFFALO
The Calumet Building
233 Franklin Street
Buffalo, NY 14202
p 716.853.3801
f 716.853.0265

kslnlaw.com

Please be advised the undersigned represents the named defendants, Corey's Auto Sales and Service, Inc., Frank Corigliano and Corey Corigliano, hereinafter the Corey Defendants, in the above captioned matter. This letter seeks an extension of time to Answer or respond to the Complaint, Docket No. 1, for "good cause" as shown below.

The undersigned was contacted last Friday, January 9, 2026 by the liability carrier for the Corey Defendants to conduct a conflicts check and accept a referral. This conflict check was conducted over the weekend and a file was opened Monday morning January 12, 2026. Over the last two days, the undersigned has opened up a file, began reviewing the docket, initiated communication with my clients and reviewed the relevant file materials to the best of my ability.

On January 13, 2026, the undersigned reached out to Plaintiff, who is pro se, to request an extension to appear. A voicemail was left and an email was sent (annexed hereto), which was not responded too, thus necessitating the instant letter application.

Per Docket No. 3, the Text Order states that an Answer on behalf of the Corey Defendants was due on January 12, 2026. However, in a review of the alleged Affidavit of Services filed as part of Docket No. 3, the purported Affidavit of Services allege that service was made on the Corey Defendants on December 22, 2025, not December 20, 2025 like the Village of Depew Defendants. Thus if service was proper, would make the response due by January 14, 2026, the date of this filing.

However, in the initial conference with my clients, there appear to be fatal flaws with service of process. In particular, my clients deny that the Complaint was ever served on an individual at their place of business. Furthermore, the Affidavit of Service states it was made upon an individual Corey Cagliano. However, no such individual exists. While a Frank Cagliano and Corey Cagliano are named defendants, my actual clients advise no such individuals exits. Furthermore, Corey Auto Sales and Service, Inc. is not a legal entity.

Based on just these initial issues, and while the undersigned fully investigates this matter and the aforementioned service, the Corey Defendants request an additional 21 days to appear or Answer to these allegations.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

KENNEY SHELTON LIPTAK NOWAK LLP

Brent C. Seymour, Esq.
*BCSeymour@kslnlaw.com*

BCS:kml
Encl.

Cc:   All named parties *(via PACER)*

| From: | Brent C. Seymour |
|---|---|
| To: | Kathleen M. Lathrop |
| Subject: | FW: Cipolla v Village of Depew et al. |
| Date: | Wednesday, January 14, 2026 9:04:01 AM |

**From:** Brent C. Seymour
**Sent:** Tuesday, January 13, 2026 3:34 PM
**To:** 'jcipolla@aol.com' <jcipolla@aol.com>
**Subject:** Cipolla v Village of Depew et al.

Dear Mr. Cipolla

Please be advised I have recently been retained to represent the interest of Corey Auto Sales, Inc, and well and the Corigliano Defendants in this matter. Its my understanding you have spoken with a claims adjustor and Mr. Corigliano in the past, but I will be your only point of contact going forward. I just left you a voicemail as well.

As I have only recently opened the file, I was hoping you would extend the courtesies of an extension to appear in this matter.   I would also like to discuss a possible resolution with you to avoid protracted litigation.   Feel free to call the number below as soon as possible.



**Brent C. Seymour, Esq. | Partner**
Kenney Shelton Liptak Nowak LLP
The Calumet Building **|** 233 Franklin Street **|** Buffalo, New York 14202
716.853.3801 Ext. 330(Ph) | 716.853.0265 (Fax) | bcseymour@kslnlaw.com | www.kslnlaw.com

*Offices in Buffalo, Albany, Corning, New York City, Rochester, Syracuse, White Plains and Erie, Pa.*

*Statement of Confidentiality:  This electronic message may contain privileged or confidential information.*
*If you are not the intended recipient of this e-mail, please delete it from your system and advise the sender.*

**Live Sustainably**
Consider the environment before printing