UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN EDWARD CIPOLLA A.T.F.
EPISCIA ASSET TRUST,

       Plaintiff,

  v.

TODD PYC et al.,

       Defendants.

25-CV-1419-LJV
ORDER

---

On December 22, 2025, the pro se plaintiff, John Edward Cipolla A.T.F. Episcia Asset Trust ("Cipolla") moved for permission to file submissions electronically through the Court's electronic filing system ("CM/ECF").  Docket Item 4.  For the reasons that follow, Cipolla's motion is granted.

Local Rule of Civil Procedure 5.1(a) incorporates by reference this District's Administrative Procedures Guide for Electronic Filing, which in turn provides the requirements and procedures for electronic filing.  *Administrative Procedures Guide for Electronic Filing* (Oct. 5, 2022).  That guide allows the Court, in its discretion, to "grant a pro se litigant who demonstrates a willingness and capability to file documents electronically[] permission to register to do so."  *Id.* at 3.  Such permission, however, may be "revoked at any time."  *Id.*

Here, Cipolla has "completed the Court's initial CM/ECF e-filing training"; "reviewed [this District's] requirements for e-filing"; reviewed this Court's filing preferences; "registered for a PACER [a]ccount"; and "registered for electronic service."

Docket Item 4 at ¶¶ 1, 2, 3, 5.  Cipolla also "understand[s] the technological requirements necessary to file and receive documents electronically."  *Id.* at ¶ 4.

Cipolla's motion therefore is GRANTED.  As noted above, however, permission to file electronically may be revoked by the Court at any time.

SO ORDERED.

Dated:  February 9, 2026
         Buffalo, New York

                                   */s/ Lawrence J. Vilardo*
                                   LAWRENCE J. VILARDO
                                   UNITED STATES DISTRICT JUDGE